**IN THE UNITED STATES DISTRICT COURT**
**For The**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>v.<br><br>RICHARD D. CACCAMO,<br><br>      Defendant. | Case No. 1:17-cr-00244-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

    PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Receiving Stolen Prop W/In Special Maritime Jurisdiction & Failure To Turn In Found Property To Superintendent |
| **Sentence Date:** | December 14, 2017 |
| **Review Hearing Date:** | November 1, 2018 |
| **Probation Expires On:** | December 14, 2018 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒   **Obey all federal, state and local laws**; and

☒   **Monetary Fines & Penalties in Total Amount of:** $1,010 ($1,000.00 fine; $10.00 special assessment)

### *COMPLIANCE:*

☒   Defendant has complied with and completed <u>all</u> conditions of probation described above.

### **Otherwise:**

☒   Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☐   To date, Defendant has paid a total of $
    ☐ If not paid in full when was last time payment:

☒   Compliance with Other Conditions of Probation: He has completed 100 hours community service hours,

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

                          */s/ Michael Tierney*
                          MICHAEL TIERNEY
                          Assistant United States Attorney

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 11/1/2018 at 10:00 a.m.

    ☐ be continued to _____ at 10:00 a.m.; or

    ☒ be vacated.

DATED: 10/18/2018            */s/ Hope Alley*
                                        DEFENDANT'S COUNSEL

## **O R D E R**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: **October 22, 2018**

                                                      UNITED STATES MAGISTRATE JUDGE